UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
**MEIER MARKOWITS** on behalf of himself and all
other similarly situated consumers,

                **Plaintiff,**

                                  STIPULATION OF DISMISSAL

                                  1:13-cv-02274-MKB-VVP

              **-against-**

**PENNCRO ASSOCIATES, INC.,**

                **Defendants.**
------------------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses this action against Defendant with prejudice and without prejudice as to the rights of any putative class members.

Dated: September 16, 2013                Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP      LAW OFFICES OF DAVID PALACE

By:/s/  Sergio Alves                       By: /s/ David Palace
Sergio Alves                                    383 Kingston Ave, #113
200 Summit Lake Drive                 Brooklyn, NY 11213
Valhalla, New York 10595              Tel: (347) 651-1077
Tel: (914) 449-1000                        Fax: (347) 464-0012
Fax: (914) 449-1100

                                                *Attorneys for Plaintiff*

*Attorneys for Defendant*