UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
**MEIER MARKOWITS** on behalf of himself and all
other similarly situated consumers,

                    **Plaintiff,**

                    STIPULATION OF DISMISSAL

                    1:13-cv-02274-MKB-VVP

           **-against-**

**PENNCRO ASSOCIATES, INC.,**

                    **Defendants.**
------------------------------------------------------------------------x

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)**

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses this action against Defendant with prejudice and without prejudice as to the rights of any putative class members.

Dated: September 16, 2013

KAUFMAN BORGEEST & RYAN LLP

By:/s/  Sergio Alves
Sergio Alves
200 Summit Lake Drive
Valhalla, New York 10595
Tel: (914) 449-1000
Fax: (914) 449-1100

*Attorneys for Defendant*

Respectfully submitted,

LAW OFFICES OF DAVID PALACE

By: /s/ David Palace
383 Kingston Ave, #113
Brooklyn, NY 11213
Tel: (347) 651-1077
Fax: (347) 464-0012

*Attorneys for Plaintiff*


                    SO ORDERED:
                    S/ MKB              9/16/2013
                    _____
                    MARGO K. BRODIE
                    United States District Judge